United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Danira L. Lopez Sierra, Plaintiff, )<br>)<br>v. )<br>)<br>B & JCM Properties, LLC, Apexx )<br>Management Group, Corp., Benito )<br>Irastorza, and Jean-Paul Irastorza, )<br>Defendants. ) | Civil Action No. 16-24355-Civ-Scola |

### Order Approving FLSA Settlement And Dismissing Action

The parties to this FLSA action have asked the Court to approve of their settlement agreement and to dismiss the case. (Jt. Mot. for Settlement, ECF No. 28.) Having reviewed the record, the relevant legal authorities, the settlement agreement, the Court finds the settlement agreement fair and reasonable.

The Court **approves** the parties' settlement agreement, **dismisses** this action with prejudice, and directs the Clerk to **close** this case. The Court reserves jurisdiction to enforce the parties' settlement agreement until June 11, 2017.

**Done and ordered** in chambers, at Miami, Florida, on April 10, 2017.

_____
Robert N. Scola, Jr.
United States District Judge